UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-7483

———————

BRUCE JENKINS,

Petitioner - Appellant,

versus

STATE OF SOUTH CAROLINA,

Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Cameron McGowan Currie, District
Judge.  (CA-97-1666-4-22BE)

———————

Submitted:  January 7, 1999         Decided:  January 20, 1999

———————

Before WIDENER, MURNAGHAN, and ERVIN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Bruce Jenkins, Appellant Pro Se.  Donald John Zelenka, Chief Deputy
Attorney General, Lauri J. Soles, OFFICE OF THE ATTORNEY GENERAL OF
SOUTH CAROLINA, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bruce Jenkins seeks to appeal the district court's order denying relief on her petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See <u>Jenkins v. South Carolina</u>, No. CA-97-1666-4-22BE (D.S.C. Sept. 4, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>